**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| UNCHAINED CAPITAL, INC., § § § Plaintiff, § § v. § CIVIL ACTION NO. 1:25-cv-1249 § BORED COUNSEL LLC, § § § Defendant. § § | |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Unchained Capital, Inc. submits this Corporate Disclosure Statement. Plaintiff has no parent corporation, and no publicly traded corporation owns 10% of more of its stock.

DATED: August 7, 2025                    Respectfully submitted,

/s/ *Travis R. Wimberly*
Travis R. Wimberly
State Bar No. 24075292
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
(512) 322-5200
(512) 322-5201 (fax)
twimberly@pirkeybarber.com

*Counsel for Plaintiff
Unchained Capital, Inc.*